UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| S. L. J. a minor by his mother, ROCHELLE TOLDEN, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | No. 1:12-cv-00606-MJD-WTL |
| CAROLYN W. COLVIN Acting Commissioner of the Social Security Administration, ) ) ) ) | |
| Defendant. ) | |

**JUDGMENT**

The Court, having this day made its Entry,

    IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that S.L.J., a minor by his mother Rochelle Tolden, was not entitled to Social Security Supplemental Security Income Disability benefits based upon his application filed on March 2, 2007, is

**AFFIRMED**.

Date: 09/05/2013

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov