UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| S. L. J. a minor by his mother, ROCHELLE TOLDEN, </br></br>         Plaintiff, </br></br>    vs. </br></br>CAROLYN W. COLVIN Acting Commissioner of the Social Security Administration, </br></br>         Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 1:12-cv-00606-MJD-WTL |

## JUDGMENT

The Court, having this day made its Entry,

    IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that S.L.J., a minor by his mother Rochelle Tolden, was not entitled to Social Security Supplemental Security Income Disability benefits based upon his application filed on March 2, 2007, is **AFFIRMED**.

Date: 09/05/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov